Argued December 3, reversed with instructions December 9, 1971, petition for rehearing denied January 4, petition for review denied February 29, 1972

KING, *Respondent, v.* DEPARTMENT OF MOTOR VEHICLES, *Appellant.*

490 P2d 1282

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

*Robert Van Natta,* St. Helens, argued the cause for respondent. On the brief were Van Natta and Peterson, St. Helens.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

PER CURIAM.

REVERSED WITH INSTRUCTIONS TO ENTER JUDGMENT FOR DEFENDANT. *Andros v. Dept. of Motor Vehicles,* 5 Or App 418, 485 P2d 635 (1971); *Thorp v. Dept. of Motor Vehicles,* 4 Or App 552, 480 P2d 716 (1971).